In the Matter of Freeman ALBERY, Contempt Proceedings.
No. 6648.

Circuit Court of Appeals, Sixth Circuit.
March 13, 1934.

Francis C. Canny, U. S. Atty., of Cincinnati, Ohio, for appellant.

Wm. A. Fuller and Grover Middlebrooks, both of Atlanta, Ga., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Dan ALATORRE et al., Appellants, v.
UNITED STATES of
America, Appellee.
No. 6970.

Circuit Court of Appeals, Fifth Circuit.
April 27, 1934.

William H. Scott, of Houston, Tex., for appellants.

H. M. Holden, U. S. Atty., and M. S. McCorquodale and Douglas W. McGregor, Asst. U. S. Attys., all of Houston, Tex., for the United States.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

Upon confession of error by the United States, it is ordered that the judgment upon the first count be reversed. It is further ordered that the judgment upon the counts other than the first be reversed and annulled.

AMERICAN TEXTILES, Inc., v. Fred L.
WOODWORTH, Collector of Internal Revenue for the Eastern District of Michigan.
No. 6735.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1934.

Wallick & Shorb, of Washington, D. C., for appellant.

Gregory H. Frederick, U. S. Attorney, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.

AMERICAN TEXTILES, Inc., v. Fred L.
WOODWORTH, Collector of Internal Revenue for the Eastern District of Michigan.
No. 6736.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1934.

Wallick & Shorb, of Washington, D. C., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.